



SEALED BY ORDER OF THE COURT

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

TIMOTHY VISSER
Trial Attorney
U.S. Department of Justice
Civil Rights Division, Criminal Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 353-8175
Email: timothy.visser@usdoj.gov

THOMAS J. BRADY #4472
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: tom.brady@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 04 2019
at 10 o'clock and 35 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JOHN RABAGO, and         (01) ) <br> REGINALD RAMONES,   (02) ) <br> ) <br> Defendants.                      ) <br> _____ ) | Cr. No. CR19 00040 LEK <br><br> INDICTMENT <br><br> [18 U.S.C. §§ 2, 241, and 242] |

## INDICTMENT

The Grand Jury charges:

### COUNT 1
### Conspiracy Against Rights
### (18 U.S.C. § 241)

On or about January 28, 2018, within the District of Hawaii, JOHN RABAGO and REGINALD RAMONES, the defendants, did knowingly and willfully combine, conspire, and agree to injure, oppress, threaten, and intimidate S.I. in his free exercise and enjoyment of the right, secured and protected by the Constitution and laws of the United States, to be free from an unreasonable seizure by a law enforcement officer.

All in violation of Title 18, United States Code, Section 241.

### COUNT 2
### Deprivation of Rights Under Color of Law
### (18 U.S.C. § 242)

On or about January 28, 2018, within the District of Hawaii, JOHN RABAGO and REGINALD RAMONES, the defendants, both acting under color of law, did willfully deprive S.I. of the right, secured and protected by the Constitution and laws

//

//

//

//

of the United States, to be free from an unreasonable seizure by a law enforcement officer, and did aid and abet the same.

All in violation of Title 18, United States Code, Sections 242 and 2.

DATED: April 4, 2019, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

/s/ Judy Rhee (for)
KENJI M. PRICE
United States Attorney
District of Hawaii

/s/ Timothy Visser
TIMOTHY VISSER
Trial Attorney
U.S. Department of Justice

/s/ Thomas J. Brady
THOMAS J. BRADY
Assistant United States Attorney

United States v. John Rabago, et al.
Indictment
Cr. No.