UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

UNITED STATES OF AMERICA )   CASE NUMBER  CR 19-00040 LEK
)
)
vs )   ABSTRACT OF RELEASE
)
)         FILED IN THE
(01) John Rabago )     UNITED STATES DISTRICT COURT
)         DISTRICT OF HAWAII
)
APR 05 2019
at __ o'clock and __ min. __
SUE BEITIA, CLERK

TO THE UNITED STATES MARSHAL AND/OR WARDEN, FEDERAL DETENTION CENTER:

Be advised that on the date of __4/5/2019__ the Court entered the following order:

__✓__ Defendant to be released from custody forthwith

_____ Released to / continued on pretrial release

_____ Sentenced to time served

_____ Case Dismissed

_____ Released to / continued on supervised probation / unsupervised probation

_____ Released to / continued on supervised release

_____ Defendant to be released once bond conditions are met. As conditions have been met effective _____, defendant to be released forthwith.

_____ Bench warrant recalled

_____ Other: _____

Sue Beitia, Clerk of Court

by: __B. Aurio__  Deputy Clerk