AO 442 (Rev. 11/11) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

ORIGINAL

UNITED STATES OF AMERICA

V.

JOHN RABAGO

(Name and Address of Defendant)

WARRANT FOR ARREST

Case Number: CR 19-00040-LEK-01



SEALED BY ORDER OF THE COURT

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST JOHN RABAGO and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment , charging him or her with (brief description of offense)

Conspiracy Against Rights

Deprivation of Rights Under Color of Law

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 08 2019
at 10 o'clock and 30 min. A M
SUE BEITIA, CLERK

U.S. MARSHALS SERVICE
HONOLULU, HI
2019 APR -5  AM 8: 50
RECEIVED

• in violation of Title 18 United States Code, Section(s) 241; 18: 242 and 2

Date:     4/4/2019                                     Sue Beitia, Clerk of Court
                                                       Name and Title of Issuing Officer

                                                       /S/ CB
Location:     Honolulu, Hawaii                         /S/ Sue Beitia by deputy clerk CB
                                                       Prepared/Signed By:

Bail Fixed at                              By: Kenneth J. Mansfield, United States Magistrate Judge

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at 801 S. Beretania, Honolulu, HI 96813 |||
| Date Received  4/5/19 | NAME AND TITLE OF ARRESTING OFFICER  Megan Crawley Special Agent | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest  4/5/19 | | |