# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 19-00040 LEK |
| CASE NAME: | USA v. (1) John Rabago |
| ATTYS FOR PLA: | Thomas J. Brady<br>Timothy Visser |
| ATTYS FOR DEFT: | (1) Megan K. Kau |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debra Read |
| DATE: | 12/16/2019 | TIME: | 2:00 - 2:35 |

COURT ACTION:  EP: Change of Plea Hearing as to Defendant John Rabago held. Defendant John Rabago present, not in custody.

FBI agent Megan Crawley present.

Defendant John Rabago sworn, questioned by the Court.  Court informs Defendant John Rabago of sentencing guidelines, possible departure from sentencing guidelines, possible penalties, supervised release, possible loss of civil rights, limited rights to appeal, trial rights, etc.  Memorandum of Plea Agreement signatures verified and filed.

Court conducted a colloquy with Defendant John Rabago as to his role described in the Counts 1 and 2 of the Indictment that makes him guilty.

Plea of Guilty to Counts 1 and 2 of the Indictment entered by Defendant John Rabago. Court accepts Defendant John Rabago's plea of guilty to the Indictment.

Sentencing to Counts 1 and 2 of the Indictment as to Defendant John Rabago set for 4/15/2020 at 2:45 p.m. before Judge Leslie E. Kobayashi.

Without objections by the Govt., Defendant John Rabago to remain out on bail with the same conditions to apply.

Submitted by: Tammy Kimura, Courtroom Manager